IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 APR 20 P 1:53

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Joshua Wright #249101 )
_____ )
Full name and prison number )
of plaintiff(s) )
 )
v. )  CIVIL ACTION NO. 2:07-CV-341-MHT
 )  (To be supplied by Clerk of
A.D.O.C. )  U.S. District Court)
_____ )
Acting Warden Capt. Horace Burton ET.AL )
_____ )
Admin. SGT. Ruby Gray )
_____ )
 )
_____ )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (  )  NO ( ✓ )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (  )  NO ( ✓ )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____N/A_____

            Defendant(s) _____N/A_____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____N/A_____

            _____

3. Docket number _____N/A_____

4. Name of judge to whom case was assigned _____N/A_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____N/A_____

6. Approximate date of filing lawsuit _____N/A_____

7. Approximate date of disposition _____N/A_____

II. PLACE OF PRESENT CONFINEMENT Frank Lee Youth Center 5305 Ingram Road, Deatsville, AL 36022

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Frank Lee Youth Center 5305 Ingram Road, Deatsville, AL 36022

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Captain Horace Burton | 5305 Ingram Rd Deatsville, AL 36022 |
| 2. Administrative SGT. Ruby Gray | (same) |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED April 3rd 2007

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _____

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On April 2nd Mr. Buck an employee at Mount Meigs Department of Youth Services where I am employed as a state convict worker, was dissatisfied with my work perfomance and attitude he states Mr. Buck isn't the or responsible for supervising us as documented on Record. Upon arriving back at the prison I was told by Sgt. Gray the administrative Sgt In charge job placement. That I was going to receive a displinary for being terminated from the Department of Youth Services job which I did receive on 04-03-07 without being asked what occured. I did nothing to deserve this displinary and the Correctional Staff treats us as slaves not humans. They themselves are not professional and neither do they follow the Department of Corrections regulation except when they want to punish an inmate. They constantly violate their own rules and the displinary that I was given is in violation of their own rules. It was written incorrectly and has false statements in it as to the personel included. Which is a violation of my due process. The administrative staff lied on the supervisor at the Department of Youth Services stating that he called and informed them that he would no longer need me on the job due to my behavior. The supervisor was on leave due to the death of his wife. Mr. Isaac Robinson is the supervisor documents will show that he was on leave. The staff here at Frank Lee Youth Center has conspired on the displinary in order to find me guilty. Which is a violation of the policy.

3

Then went to the job and talked with other employee's to get them to conspire with them in order to find me guilty in the displinary, Captain Burton and Sgt Gray have taken it upon themselves to find me guilty regardless of what the circumstances are, because that is their rule as to being terminated from a job which is a violation of my rights and it also discriminates against me. Others have been terminated and nothing has been done.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Request to clear my record remove the displinary from my prison administative file.

_Joshua Wright_ # 249101
Signature of plaintiff(s)
Request to Amend at later date.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _04-10-07_ .
(Date)

_Joshua Wright_ # 249101
Signature of plaintiff(s)

4

Joshua Wright 249101
S.J.A.C.-A-29B
P.O. Box 220410
Deatsville, Al 36022



MONTGOMERY AL 361
19 APR 2007 PM 1 T

Middle District of Alabama
United States Courthouse
15 Lee St
Montgomery, Al 36104

3610440056