AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**Middle** District of **Alabama**

Plaintiff Joshua Wright #219101

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

V.

Defendant Captain Horace Burton
Sgt Ruby Gray

CASE NUMBER: N/A 2:07-CV-341-MHT

I, **Joshua Wright**, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **Frank Lee Youth Center**

   Are you employed at the institution? **no**   Do you receive any payment from the institution? **no**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☐ Yes   ☒ No
   f. Any other sources   ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

04-10-07
Date

Joshua Wright #249101
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

RECEIVED
2007 APR 20  P 1:53

DEBRA P. HACKETT, CL...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Joshua Wright #249101

Plaintiff(s)

v.

A.D.O.C.
Acting Warden Capt Horace Burton Et. Al
Admin Sgt Ruby Gray

Defendant(s)

2:07-CV-341-MHT

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) Joshua Wright #249101 moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

Joshua W. Wright #249101
Plaintiff(s) signature

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
FRANK LEE YOUTH CENTER

AIS #: 249101     NAME: WRIGHT,JOSHUA     AS OF: 04/09/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| APR | 21 | $0.00 | $0.00 |
| MAY | 31 | $0.00 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $0.00 | $0.00 |
| NOV | 30 | $18.03 | $135.26 |
| DEC | 31 | $82.36 | $95.00 |
| JAN | 31 | $23.00 | $25.00 |
| FEB | 28 | $4.27 | $25.00 |
| MAR | 31 | $14.15 | $50.00 |
| APR | 9 | $0.02 | $0.00 |

AIS #: 249101     NAME: WRIGHT,JOSHUA

Joshua Wright 249101
J.L.C.C.-a-24B
P.O. Box 220410
Deatsville, Al 36022

MONTGOMERY AL 361
19 APR 2007 PM 1 T



Middle District of Alabama
United States Courthouse
15 Lee St
Montgomery, Al 36104

36104+4056