IN THE  UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JOSHUA WRIGHT, #249 101            *

     Plaintiff,                         *

     v.                                 *            2:07-CV-341-MHT
                                               (WO)

A.D.O.C., *et al.*,               .    *

     Defendants.                        *

_____

## RECOMMENDATION OF THE MAGISTRATE JUDGE

On April 23, 2007 the court granted Plaintiff twenty-two days to forward to the Clerk of Court an initial partial filing fee in the amount of $11.00. (Doc. No. 3.) Plaintiff was cautioned that his failure to comply with the April 23 order would result in a Recommendation that his complaint be dismissed. (*Id.*) On May 18, 2007 the court directed Plaintiff to show cause why his case should not be dismissed for his failure to pay the initial partial filing fee in compliance with the court's April 23, 2007.  (Doc. No. 4.) Although Plaintiff's copy of this order was returned to the court marked as undeliverable, the court's April 23 order placed Plaintiff on notice that his failure to pay the initial partial filing fee would result in a Recommendation that his complaint be dismissed.  (*See* Doc. No. 3.)

The requisite time has passed and Plaintiff has not provided the court with the initial partial  filing fee despite being cautioned that a failure to do so would result in entry of a

Recommendation that this complaint be dismissed. Consequently, the court concludes that dismissal of this case is appropriate for Plaintiff's failures to comply with the orders of the court and to prosecute this action.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Plaintiff's failures to comply with the orders of this court and to prosecute this action.

It is further

ORDERED that the parties are DIRECTED to file any objections to the Recommendation on or before **June 18, 2007**.   Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of*

*Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done, this 8th day of June 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE