IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JOSHUA WRIGHT, #249 101 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-341-MHT |
| | | (WO) |
| A.D.O.C., *et al*., . | * | |
| Defendants. | * | |

_____

## **O R D E R**

On June 21, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed (Doc. 5). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is adopted.

2. This case be DISMISSED without prejudice for Plaintiff's failures to comply with the orders of this court and to prosecute this action.

DONE, this the 9th day of July, 2007.

                                                           /s/   Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE